714 A.2d 898

IN THE MATTER OF DONALD F. TOMPKINS,
AN ATTORNEY AT LAW.

June 30, 1998.

## ORDER

This matter having been duly presented to the Court on the petition of the Office of Attorney Ethics for review of the decision of the Disciplinary Review Board in DRB 97–281, and good cause appearing;

It is ORDERED that the petition for review is denied.

714 A.2d 898

IN THE MATTER OF DONALD W. RINALDO,
AN ATTORNEY AT LAW.

June 30, 1998.

## ORDER

This matter having been duly presented to the Court on the petition of respondent, **DONALD W. RINALDO,** for review of the decision of the Disciplinary Review Board in DRB 97–216, 97–217, and 97–235, and good cause appearing;

It is ORDERED that the petition for review is denied.